# Court of Appeals
# of the State of Georgia

ATLANTA,  December 11, 2023

*The Court of Appeals hereby passes the following order:*

## A24D0165. PSHATOIA LAROSE v. ALEXIS MCFARLAND et al.

Pshatoia Larose filed a complaint against the defendants. The defendants filed a motion to dismiss, which the trial court converted to a motion for a summary judgment. On October 13, 2023, the trial court granted the defendants' motion for summary judgment and dismissed Larose's complaint. Larose then filed this application for discretionary appeal on November 20, 2023.

Generally, an order granting summary judgment is directly appealable. See OCGA § 9-11-56 (h). And ordinarily, when a party has a right of direct appeal and files an application for discretionary appeal, we will grant the application. See OCGA § 5-6-35 (j). However, the application for a discretionary appeal must be filed within 30 days of the order being appealed. See OCGA § 5-6-35 (d). Here, Larose filed her application 38 days after entry of the order she seeks to appeal. Given that the application is untimely, we are without jurisdiction to consider it. See *In the Interest of B. R. F.*, 299 Ga. 294, 298 (788 SE2d 416) (2016) (holding that an appellate court lacks jurisdiction over an untimely application for discretionary appeal); *Hair Restoration Specialists v. State of Ga.*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021)

(same). Accordingly, this application is hereby DISMISSED.



Court of Appeals of the State of Georgia

Clerk's Office, Atlanta, __12/11/2023__

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.